**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| BRETT MICHAELS CHILTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:25-CV-84-AGF |
| UNKNOWN LITTLE, et al., | ) ) ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of the file. On May 16, 2025, self-represented Plaintiff Brett Michaels Chilton filed this action pursuant to 42 U.S.C. § 1983. (ECF No. 1). On July 3, 2025, the Court directed Plaintiff to file an amended complaint on a Court form. (ECF No. 2). The Court also directed Plaintiff to either file an application to proceed in district court without prepaying fees or costs or pay the Court's $405 filing fee. (*Id.*) The Court warned that the failure to comply with the Order would result in the dismissal of this action without further notice.

On July 14, 2025, mail to the Plaintiff was returned to the Court, without a forwarding address. (*See* ECF No. 6). The mail was returned and marked "Return to Sender" and "Unable to Forward." *Id.*

Local Rule 2.06(B) states:

Every self-represented party shall promptly notify the Clerk and all other parties to the proceedings of any change in his or her address and telephone number. If any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify

the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice.

In this case, more than thirty days have passed since the mail was returned, and Plaintiff has not notified the Clerk of Court of any change of address. The Court will therefore dismiss this action without prejudice pursuant to Local Rule 2.06(B). This dismissal will not count as a "strike" for purposes of 28 U.S.C. § 1915(g).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice** pursuant to Local Rule 2.06(B) for failure to notify the Court of Plaintiff's change of address.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 19th day of September, 2025.

                                              AUDREY G. FLEISSIG
                                              UNITED STATES DISTRICT JUDGE